**STATE of Missouri, Respondent,**

v.

**Vonzell STAMPS, Appellant.**

**No. WD 58629.**

Missouri Court of Appeals, Western District.

April 2, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2002.

Sarah Weber Patel, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Vonzell Stamps appeals his conviction of robbery in the first degree, § 569.020, RSMo 2000 [1], and armed criminal action, § 571.015. We affirm. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

---

**1.** All statutory references are to RSMo 2000 unless otherwise indicated.